Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY INN- SAN BERNARDINO, a business entity of unknown form; JAYASHREE KRISHNA, INC., a California Corporation; and DOES 1-10, inclusive<br><br>Defendants. | CASE No.: 5:18-cv-00622-JFW (SHKx)<br><br>**Plaintiff's Application for Default Judgment by Court as to Quality Inn-San Bernardino and Jayashree Krishna, Inc.**<br><br>Hon. John F. Walter<br><br>Date: July 23, 2018<br>Time: 1:30 p.m.<br>Ctrm: 7A |

To Defendants Quality Inn-San Bernardino and Jayashree Krishna, Inc. and its attorneys of record, if any: Please take notice that on July 23, 2018 at 1:30 p.m. or as soon thereafter as this matter may be heard by this Court located at 350 W. 1st Street, 10th Floor, Courtroom 7A, Los Angeles, CA 90012, Plaintiff JAMES RUTHERFORD will present his application for default judgment against Defendants

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

Quality Inn-San Bernardino and Jayashree Krishna, Inc. The Clerk has previously entered the default on Defendants on May 8, 2018.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendant is neither a minor nor incompetent person nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendant has not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

Plaintiff seeks a judgment in the amount of $4,000 in statutory damages and $4,467.00 in attorney fees and costs as set forth in the attached declaration of Joseph R. Manning, Jr. and an Order directing Defendants to remediate and provide accessibility features that comport with the ADAAG for the property located at or about 1750 S. Waterman Ave., San Bernardino, CA 92408. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this original application for default judgment by court was served on Defendants Quality Inn-San Bernardino and Jayashree Krishna, Inc. on June 22, 2018, by first class United States Mail, postage prepaid.

Dated: June 22, 2018  **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT